(Rev. 5/05)

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

(1) Dimitrius Hamlin 256397
(Name of Plaintiff)          (Inmate Number)

1181 Paddock Road
Smyrna, De. 19977
(Complete Address with zip code)

:
:
:
:
:          05 - 607
:
:
:

(2)_____
(Name of Plaintiff)          (Inmate Number)

:_____
:          (Case Number)
:   ( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

vs.

(1) Reynard Jones
(2) Department of Corrections D.C.C.

(3)_____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

:
:
:
:
:          **CIVIL COMPLAINT**
:
:
:
:   • •   Jury Trial Requested
:
:
:
:

**FILED**

AUG 17 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

II.   **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution?   • • Yes   • • No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims?   • • Yes   • • No

C.   If your answer to "B" is <u>Yes</u>:

1. What steps did you take? _____ N/A _____

_____

2. What was the result? _____ N/A _____

_____

D.   If your answer to "B" is <u>No</u>, explain why not: __There is no way__
to resolve this matter thru the prisoner grievence
procedure.

III.   **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _____

Employed as __Correctional  Sgt.__ at __Delaware Correctional Center__

Mailing address with zip code: __1181 Paddock Road__
__Smyrns, De. 19977__

(2) Name of second defendant: __Depadment of Corrections  D.C.C__

Employed as _____ at _____

Mailing address with zip code: __1181  Paddock Road__
__Smyrns, De. 19977__

(3) Name of third defendant: _____

Employed as _____ at N/A

Mailing address with zip code: _____

_____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On Tue., 8-9-05 I was in line at the chow hall. Before I recieve my food Sgt. R. Jones Told me to go back to the housing area without eating. Nor did Sgt R. Jones make sure I got a Tray so I did not eat

2. While in the custody of the D.O.C. the D.O.C. is require to, obligated to offer me 3 meals a day. On 8-9-05 I was denied one of these meals, Therefor the D.O.C. did not fulfill its obligation

3. Due to Sgt. R. Jones abuse of power and the D.O.C. failure to fulfill is obligation I was denied my right to 3 meals a day.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I seek relief in the form of money for the missed meal, I also see for relief in the for of money for punitive damages.

3

2. _____

N/A

3. _____

N/A

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___15th___ day of ___August___, 2_005_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4







IM Demetrius Henlin
SBI# 256397    UNIT 23 A
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington De,
19801

19801-2318