# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-607(SLR)

TO: Dimitrius Hancin  SBI#: 256397

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: September 8, 2005

---

Attached are copies of your inmate account statement for the months of March 1, 2005 to August 31, 2005.

The following indicates the average daily balances.

FILED
SEP 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| March | 40.47 |
| april | 96.90 |
| may | 77.42 |
| June | 47.08 |
| July | 32.18 |
| aug | 38.78 |

Average daily balances/6 months: 55.29

Attachments
CC: File

Stacy Shane
9/8/05

Notary public
9/8/05

# Individual Statement

## For Month of March 2005

Date Printed: 9/7/2005    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00256397 | HAMLIN | DEMITRIUS | | | | |

Current Location: 23    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc | 3/4/2005 | $25.36 | $0.00 | $0.00 | $25.36 | 77122 | | | |
| Visit | 3/7/2005 | $30.00 | $0.00 | $0.00 | $55.36 | 77816 | 41184 | HRYCI | S THOMPSON |
| Canteen | 3/15/2005 | ($34.71) | $0.00 | $0.00 | $20.65 | 81138 | 4582746710 | | |
| Pay-To | 3/18/2005 | ($7.20) | $0.00 | $0.00 | $13.45 | 82915 | | DST POSTAGE | |
| Visit | 3/21/2005 | $30.00 | $0.00 | $0.00 | $43.45 | 83349 | 4597873720-9831 | | S THOMPSON |
| Visit | 3/28/2005 | $50.00 | $0.00 | $0.00 | $93.45 | 85987 | 4597873971-10060 | | S THOMPSON |
| Canteen | 3/29/2005 | ($14.85) | $0.00 | $0.00 | $78.60 | 86581 | | | |

Ending Mth Balance: $78.60

# Individual Statement

Date Printed: 9/7/2005

Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $78.60 |
|---|---|---|---|---|---|---|---|
| 00256397 | HAMLIN | DEMITRIUS | | | | | |

Current Location: 23     Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 4/11/2005 | $50.00 | $0.00 | $0.00 | $128.60 | 92363 | 15978746154-10356 | | S FLYNN |
| Canteen | 4/13/2005 | ($62.69) | $0.00 | $0.00 | $65.91 | 93633 | | | |
| Visit | 4/18/2005 | $50.00 | $0.00 | $0.00 | $115.91 | 95669 | 45978748410-10535 | | S TREJAN |
| Visit | 4/25/2005 | $50.00 | $0.00 | $0.00 | $165.91 | 97940 | 45978750455-10746 | | S. THOMPSON |
| Canteen | 4/26/2005 | ($54.50) | $0.00 | $0.00 | $111.41 | 98203 | | | |

Ending Mth Balance: $111.41

# Individual Statement

Date Printed: 9/7/2005

Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | $111.41 | |
|---|---|---|---|---|---|---|---|---|---|
| 00256397 | HAMLIN | DEMITRIUS | | | | | | | |
| Current Location: | 23 | | Comments: QOL4 | | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 5/2/2005 | $10.00 | $0.00 | $0.00 | $121.41 | 101191 | 0253920798-23178 | | SHINA |
| Canteen | 5/3/2005 | $22.35 | $0.00 | $0.00 | $143.76 | 102305 | | REFUND | |
| Canteen | 5/5/2005 | ($19.35) | $0.00 | $0.00 | $124.41 | 102675 | | | |
| Visit | 5/9/2005 | $50.00 | $0.00 | $0.00 | $174.41 | 104433 | 2547566018929 | | UNK |
| Canteen | 5/12/2005 | ($150.12) | $0.00 | $0.00 | $24.29 | 106514 | | | |
| Visit | 5/16/2005 | $50.00 | $0.00 | $0.00 | $74.29 | 107314 | 254760703-11192 | | S THOMPSON |
| Canteen | 5/19/2005 | ($57.43) | $0.00 | $0.00 | $16.86 | 108946 | | | |
| Visit | 5/23/2005 | $25.00 | $0.00 | $0.00 | $41.86 | 110068 | 254764305-11379 | | S THOMPSON |
| Canteen | 5/24/2005 | $34.19 | $0.00 | $0.00 | $76.05 | 110725 | | REFUND | |
| Canteen | 5/26/2005 | ($19.80) | $0.00 | $0.00 | $56.25 | 111928 | | | |
| Pay-To | 5/26/2005 | ($10.00) | $0.00 | $0.00 | $46.25 | 112602 | | PROJECT AWARE | |

Ending Mth Balance: $46.25

# Individual Statement

Date Printed: 9/7/2005                                      Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $46.25 |
|---|---|---|---|---|---|---|
| 00256397 | HAMLIN | DEMITRIUS | | | | |

Current Location:  23            Comments:  QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 6/1/2005 | $25.00 | $0.00 | $0.00 | $71.25 | 113697 | 0254767140-10828 | | SHEENA THOMPSON |
| Canteen | 6/2/2005 | ($19.90) | $0.00 | $0.00 | $51.35 | 114928 | | | |
| Visit | 6/6/2005 | $25.00 | $0.00 | $0.00 | $76.35 | 116310 | 4672893591-24104 | | S THOMPSON |
| Canteen | 6/9/2005 | ($11.60) | $0.00 | $0.00 | $64.75 | 117877 | | | |
| Medical | 6/10/2005 | $0.00 | ($6.00) | $0.00 | $64.75 | 118917 | | 6/6/05 | |
| Medical | 6/10/2005 | ($6.00) | $0.00 | $0.00 | $58.75 | 119032 | | 6/6/05 | |
| Visit | 6/13/2005 | $25.00 | $0.00 | $0.00 | $83.75 | 119350 | 4672893900 | | S THOMPSON |
| Canteen | 6/16/2005 | ($53.98) | $0.00 | $0.00 | $29.77 | 120893 | | | |
| Canteen | 6/23/2005 | ($16.56) | $0.00 | $0.00 | $13.21 | 123895 | | | |
| Visit | 6/27/2005 | $30.00 | $0.00 | $0.00 | $43.21 | 124482 | 4673023426-19270 | | S THOMPSON |
| Canteen | 6/30/2005 | ($19.64) | $0.00 | $0.00 | $23.57 | 125841 | | | |

Ending Mth Balance:  $23.57

# Individual Statement

## For Month of July 2005

Date Printed: 9/7/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $23.57 |
|---|---|---|---|---|---|---|
| 00256397 | HAMLIN | DEMITRIUS | | | | |
| Current Location: | 23 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 7/5/2005 | $30.00 | $0.00 | $0.00 | $53.57 | 127426 | 4673023640-19441 | | S THOMPSON |
| Canteen | 7/7/2005 | ($18.51) | $0.00 | $0.00 | $35.06 | 129601 | | | |
| Visit | 7/11/2005 | $50.00 | $0.00 | $0.00 | $85.06 | 130256 | 4673024032-20380 | | S THOMPSON |
| Canteen | 7/14/2005 | ($76.88) | $0.00 | $0.00 | $8.18 | 131974 | | | |
| Visit | 7/18/2005 | $25.00 | $0.00 | $0.00 | $33.18 | 132576 | 467302873-18600 | | S THOMPSON |
| Canteen | 7/21/2005 | ($13.03) | $0.00 | $0.00 | $20.15 | 134674 | | | |
| Mail | 7/27/2005 | $25.00 | $0.00 | $0.00 | $45.15 | 136791 | 46730230349 | | S HAMLIN |
| Canteen | 7/28/2005 | ($19.51) | $0.00 | $0.00 | $25.64 | 136907 | | | |

Ending Mth Balance: $25.64

# Individual Statement

## For Month of August 2005

Date Printed: 9/7/2005                                                                                                           Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $25.64 | | |
|---|---|---|---|---|---|---|---|---|
| 00256397 | HAMLIN | DEMITRIUS | | | | | | |
| Current Location: | 23 | | Comments: QOL4 | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/5/2005 | ($19.62) | $0.00 | $0.00 | $6.02 | 141007 | | | |
| Mail | 8/5/2005 | $25.00 | $0.00 | $0.00 | $31.02 | 141156 | 46730241206 | | S HAMLIN |
| Mail | 8/10/2005 | $25.00 | $0.00 | $0.00 | $56.02 | 143273 | 4673024478 | | S HAMLIN |
| Canteen | 8/11/2005 | ($18.35) | $0.00 | $0.00 | $37.67 | 143776 | | | |
| Medical | 8/11/2005 | $0.00 | ($4.00) | $0.00 | $37.67 | 144177 | | 8/5/05 | |
| Medical | 8/11/2005 | ($4.00) | $0.00 | $0.00 | $33.67 | 144329 | | 8/5/05 | |
| Mail | 8/17/2005 | $25.00 | $0.00 | $0.00 | $58.67 | 145934 | 46730530462 | | UNK |
| Canteen | 8/18/2005 | ($19.94) | $0.00 | $0.00 | $38.73 | 146188 | | | |
| Mail | 8/23/2005 | $25.00 | $0.00 | $0.00 | $63.73 | 148129 | 46730532520 | | S THOMPKINS |
| Canteen | 8/25/2005 | ($24.21) | $0.00 | $0.00 | $39.52 | 149043 | | | |
| Mail | 8/30/2005 | $25.00 | $0.00 | $0.00 | $64.52 | 150851 | 46852780931 | | S HAMLIN |
| Canteen | 8/31/2005 | ($19.86) | $0.00 | $0.00 | $44.66 | 151704 | | | |

Ending Mth Balance: $44.66







Clerk
U.S. District Court
Lockbox 18
844 N Kins Street
Wilmington De 19801

IM Dimitrius Hamlin
SBI# 256357  UNIT 23 A06
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977